# Court of Appeals
# of the State of Georgia

ATLANTA, May 22, 2019

*The Court of Appeals hereby passes the following order*

**A19D0456. IN THE INTEREST OF L. J. L. F. et al., CHILDREN (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1800118 1800124



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, May 22, 2019.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*